# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 03-426 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Gregory Anderson, | |
| Defendant. | |

---

By June 10, 2005, the parties shall exchange and file with the undersigned their respective positions with respect to re-sentencing of the Defendant.

Dated: May 23, 2005

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge